IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEE H. PLACCHI                              :
                                            :
         v.                                 :        NO.  11-CV-2440
                                            :
NCO FINANCIAL SYSTEMS, INC.                 :
                                            :

JUDGMENT

BEFORE BRODY, J.

   AND NOW, to wit, this 15th day of June, 2011, It is ORDERED that in accordance with NCO SYSTEMS, INC'S offer of judgment and Plaintiffs acceptance pursuant to F.R.C.P.68, judgment is entered in favor of Plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $1,000.00 together with interest and costs.

                                BY THE COURT:


                                ATTEST:


                                _____
                                Deputy Clerk

judg